**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Spanish Broadcasting System, Inc., *et al.*, | Case No. 26-10708 (BLS) |
| Debtors.[1] | Joint Administration Requested |

**NOTICE OF FILING OF CREDITOR MATRIX**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession has filed the attached *Creditor Matrix* with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), 824 North Market Street, Wilmington, Delaware 19801.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Spanish Broadcasting System, Inc.'s federal tax identification number are 7791. The mailing address for Spanish Broadcasting System, Inc. is 7007 NW 77th Ave., Miami, Florida 33166. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/SBS.

Dated:  May 11, 2026
       Wilmington, Delaware

                         **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                         */s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Daniel B. Butz (No. 4227)
Casey B. Sawyer (No. 7260)
Alexis L. Sullivan (No. 7668)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
mharvey@morrisnichols.com
dbutz@morrisnichols.com
csawyer@morrisnichols.com
asullivan@morrisnichols.com

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Jennifer L. Rodburg (pro hac vice forthcoming)
Robert Bickford (pro hac vice forthcoming)
Thomas Dunn (pro hac vice forthcoming)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: jennifer.rodburg@friedfrank.com
robert.bickford@friedfrank.com
thomas.dunn@friedfrank.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

2